## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VIRTUAL IMMERSION TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>　　　　　Defendant. | **Civil Action No. 2:16-cv-1311-RWS** |

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Notice of Voluntary Dismissal Without Prejudice between Plaintiff Virtual Immersion Technologies LLC and Defendant NBCUniversal Media, LLC and the Court being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all claims asserted in this suit against NBCUniversal Media, LLC are hereby dismissed without prejudice.

**SIGNED this 22nd day of February, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE